IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Criminal Action No. 3:07-cr-125-O |
| KEVIN D. MOORE, | | |
| Defendant. | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Defendant Kevin D. Moore's Motion for Leave to Proceed *In Forma Pauperis* on Appeal. ECF No. 219. Moore seeks leave to proceed *in forma pauperis* in his appeal of this Court's order (ECF No. 216) denying his Petition to Alter, Amend, or Reverse a Judgment Pursuant to Fed. R. Civ. P. 59(e). The United States Magistrate Judge entered her Findings, Conclusions, and Recommendation in which she recommends that the Motion for Leave to Proceed *In Forma Pauperis* be denied because Kevin Moore's appeal is not taken in good faith. *See* ECF No. 222. Moore has filed objections. ECF No. 224.

The District Court reviewed de novo those portions of the Findings, Conclusions, and Recommendation to which objections were made and reviewed the remaining Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the Motion for Leave to Proceed *In Forma Pauperis* on Appeal (ECF No. 219) is **DENIED**.

**SO ORDERED** this **21st day** of **January, 2021**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**